IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
                                     )
v.                                   )        Case No.  4:11CR3058
                                     )
TODD HOBBS,                          )
                                     )
                Defendant.           )

## ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted

Brief, filing 56.  The Court, being fully advised in the premises, finds that said Motion should

be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file

defendant's Brief in Support of Motion for Deviation or Variance restricted.

IT IS FURTHER ORDERED that said Brief be made available to case participants only.

DATED this 6th day of April, 2012.

                              BY THE COURT:


                              *Richard G. Kopf*

                              _____ The Honorable Richard G. Kopf
                              Senior United States District Judge