IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TODD HOBBS,<br><br>　　　　　　Defendant. | 4:11CR3058<br><br>ORDER TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY EXHIBITS<br>SHOULD NOT BE DESTROYED |

　　　　Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

　　　　Exhibit numbers 101 - 108 from sentencing hearing held 4/26/2012

　　　　If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

　　　　IT IS SO ORDERED.

　　　　Dated this 23rd day of September, 2013.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge